UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: PATEL, SHAILESH                             Case No. 14-05095
                                                   Chapter   7
_____,
                Debtor

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 18, 2014.  The undersigned trustee was appointed on February 18, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $        18,903.77

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 4.15 |
   | Bank service fees | 220.37 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 18,679.25 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/20/2014 and the deadline for filing governmental claims was 08/18/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,640.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,640.38, for a total compensation of $2,640.38.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $126.48, for total expenses of $126.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/17/2015    By: /s/DEBORAH K. EBNER, Trustee
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-05095  
**Case Name:** PATEL, SHAILESH  

**Period Ending:** 12/17/15

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 02/18/14 (f)  
**§341(a) Meeting Date:** 03/19/14  
**Claims Bar Date:** 06/20/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES AND OTHER VEHICLES | 4,318.00 | 0.00 | | 2,196.00 | FA |
| 2 | 1/2 interest in 2004 Lexus RX330-V6 (u) | 5,747.00 | 0.00 | | 2,196.00 | FA |
| 3 | Harris Bank account (u) | 1,360.50 | 0.00 | | 1,360.00 | FA |
| 4 | BANK ACCOUNTS - First Midwest | 900.00 | 0.00 | | 800.00 | FA |
| 5 | 115 Azalea Cir, Streamwood, Primary Residence | 180,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Charter One Certificate of Deposit<br>   Charter One Certificate of Deposit transferred to State of Illinois. Joint with Mukesh Patel | 11,304.93 | 12,351.77 | | 12,351.77 | FA |
| 8 | Household Goods and Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Motorola Solutions Restricted Stock<br>   original value 9420.00 | 9,420.00 | 0.00 | | 0.00 | FA |
| 11 | Motorola 401K (u) | 144,860.50 | 0.00 | | 0.00 | FA |
| 12 | VOID - DUPLICATE ASSET ENTERED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Abandoned funds (DUPLICATE OF #7) | 0.00 | 1.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$361,110.93** | **$12,352.77** | | **$18,903.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting "abandoned funds" being held by the State of Illinois (Asset #7 on Form 1) that constitiute property of this estate. Partial receipt on June 19, 2015 balance expected forthwith.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017        **Current Projected Date Of Final Report (TFR):** December 31, 2017

Printed: 12/17/2015 03:31 PM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-05095  
**Case Name:** PATEL, SHAILESH  
**Taxpayer ID #:** **-***7865  
**Period Ending:** 12/17/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/14 | | First Midwest Bank (see file and quick docs for check image) | Check does not contain a payer or address (see banking file and quikdocs for check image) | | 6,552.00 | | 6,552.00 |
| | {1} | | 1/2 interest   2,196.00 | 1129-000 | | | 6,552.00 |
| | {2} | | 1/2 interest   2,196.00 | 1229-000 | | | 6,552.00 |
| | {3} | | bank acct liquidation   1,360.00 | 1229-000 | | | 6,552.00 |
| | {4} | | bank acct liquidation.   800.00 | 1129-000 | | | 6,552.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,542.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,532.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,521.67 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,511.67 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,501.67 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,491.67 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,481.67 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.56 | 6,471.11 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,461.11 |
| 02/11/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #14-05095, Bond # 10BSBGR6291 | 2300-000 | | 4.15 | 6,456.96 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,446.96 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,436.96 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,426.96 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,416.96 |
| 06/22/15 | {7} | Leslie Geissler Munger, Comptroller | Receipt of Debtor's interest in abandoned funds (Reference #7) | 1129-000 | 165.43 | | 6,582.39 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,572.39 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,562.39 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,552.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,542.34 |
| 10/05/15 | {7} | State of Illinois Treasurer | Receipt of Debtor's interest in abandoned funds (Reference#7) | 1129-000 | 12,186.34 | | 18,728.68 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.43 | 18,705.25 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.00 | 18,679.25 |

Subtotals :   $18,903.77   $224.52

{} Asset reference(s)   Printed: 12/17/2015 03:31 PM   V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-05095 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | PATEL, SHAILESH | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6266 - Checking Account |
| Taxpayer ID #: | **-***7865 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/17/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 18,903.77 | 224.52 | $18,679.25 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 18,903.77 | 224.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,903.77** | **$224.52** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6266** | 18,903.77 | 224.52 | 18,679.25 |
| | $18,903.77 | $224.52 | $18,679.25 |

{} Asset reference(s)                                                                                              Printed: 12/17/2015 03:31 PM    V.13.25

Printed: 12/17/15 03:31 PM

# Claims Distribution Register

Page: 1

## Case: 14-05095   PATEL, SHAILESH

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 02/18/14 | 200 | Arthur B. Levine Company<br>60 East 42nd Street - Room 965<br>New york, NY 10165<br><2300-00   Bond Payments> | 4.15 | 4.15 | 4.15 | 0.00 | 0.00 |
| | 02/18/14 | 200 | Deborah K. Ebner<br>Law Office of Deborah Kanner Ebner<br>11 East Adams Street  #904<br>Chicago, IL 60603<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 2,634.50 | 2,634.50 | 0.00 | 2,634.50 | 2,634.50 |
| | 02/18/14 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2200-00   Trustee Expenses> | 126.48 | 126.48 | 0.00 | 126.48 | 126.48 |
| | 02/18/14 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2100-00   Trustee Compensation> | 2,640.38 | 2,640.38 | 0.00 | 2,640.38 | 2,640.38 |
| | | | **Total for Priority 200:   100% Paid** | **$5,405.51** | **$5,405.51** | **$4.15** | **$5,401.36** | **$5,401.36** |
| | | | **Total for Admin Ch. 7 Claims:** | **$5,405.51** | **$5,405.51** | **$4.15** | **$5,401.36** | **$5,401.36** |
| **Priority Claims:** | | | | | | | | |
| 2 | 04/08/14 | 570 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326<br><5800-00   Claims of Governmental Units> | 2,485.00 | 2,485.00 | 0.00 | 2,485.00 | 1,197.37 |
| 3P | 04/08/14 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00   Claims of Governmental Units> | 17,053.61 | 17,053.61 | 0.00 | 17,053.61 | 8,217.09 |
| 4P | 04/08/14 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00   Claims of Governmental Units> | 8,018.11 | 8,018.11 | 0.00 | 8,018.11 | 3,863.43 |
| | | | **Total for Priority 570:   48.18386% Paid** | **$27,556.72** | **$27,556.72** | **$0.00** | **$27,556.72** | **$13,277.89** |
| | | | **Total for Priority Claims:** | **$27,556.72** | **$27,556.72** | **$0.00** | **$27,556.72** | **$13,277.89** |

Printed: 12/17/15 03:31 PM  **Claims Distribution Register**  Page: 2

### Case: 14-05095  PATEL, SHAILESH

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Unsecured Claims:** | | | | | | | | |
| 1 | 03/25/14 | 810 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)> | 10,116.37 | 10,116.37 | 0.00 | 10,116.37 | 0.00 |
| 3U | 04/08/14 | 810 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-00  General Unsecured § 726(a)(2)> | 4,031.22 | 4,031.22 | 0.00 | 4,031.22 | 0.00 |
| 4U | 04/08/14 | 810 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-00  General Unsecured § 726(a)(2)> | 2,630.07 | 2,630.07 | 0.00 | 2,630.07 | 0.00 |
| 5 | 04/10/14 | 810 | Resa Construction, Inc<br>c/o Fritzshall & Pawlowski<br>6584 N Northwest Hwy<br>Chicago, IL 60631-1415<br><7100-00  General Unsecured § 726(a)(2)> | 502,765.83 | 502,765.83 | 0.00 | 502,765.83 | 0.00 |
| 6 -2 | 06/20/14 | 810 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>POB 41067<br>Norfolk, VA 23541<br><7100-00  General Unsecured § 726(a)(2)><br>09/02/2015 Amendment 6-2 imported by EBNER; original claim didn't exist<br>----------------------------------------------------------------------------------* * * | 3,293.96 | 3,293.96 | 0.00 | 3,293.96 | 0.00 |
| | | | **Total for Priority 810:  0% Paid** | **$522,837.45** | **$522,837.45** | **$0.00** | **$522,837.45** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$522,837.45** | **$522,837.45** | **$0.00** | **$522,837.45** | **$0.00** |
| | | | **Total for Case :** | **$555,799.68** | **$555,799.68** | **$4.15** | **$555,795.53** | **$18,679.25** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-05095
Case Name: PATEL, SHAILESH
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 18,679.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,679.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 2,640.38 | 0.00 | 2,640.38 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 126.48 | 0.00 | 126.48 |
| Attorney for Trustee, Fees - Deborah K. Ebner | 2,634.50 | 0.00 | 2,634.50 |
| Other Expenses: Arthur B. Levine Company | 4.15 | 4.15 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 5,401.36
Remaining balance: $ 13,277.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,277.89

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,556.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Internal Revenue Service | 2,485.00 | 0.00 | 1,197.37 |
| 3P | Illinois Department of Revenue | 17,053.61 | 0.00 | 8,217.09 |
| 4P | Illinois Department of Revenue | 8,018.11 | 0.00 | 3,863.43 |

Total to be paid for priority claims: $ 13,277.89
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,837.45 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 10,116.37 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 4,031.22 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 2,630.07 | 0.00 | 0.00 |
| 5 | Resa Construction, Inc | 502,765.83 | 0.00 | 0.00 |
| 6 -2 | Portfolio Recovery Associates, LLC | 3,293.96 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**