# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: PATEL, SHAILESH | § | Case No. 14-05095-HSP |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30AM on 01/19/2016 in Courtroom 644, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/18/2015          By:  /s/DEBORAH K. EBNER
                                                          Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PATEL, SHAILESH                              §      Case No. 14-05095-HSP
                                                    §
                                                    §
Debtor(s)                                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 18,903.77 |
| *and approved disbursements of* | $ | 224.52 |
| *leaving a balance on hand of* [1] | $ | 18,679.25 |

**Balance on hand:**                        $        18,679.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $    18,679.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 2,640.38 | 0.00 | 2,640.38 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 126.48 | 0.00 | 126.48 |
| Attorney for Trustee, Fees - Deborah K. Ebner | 2,634.50 | 0.00 | 2,634.50 |
| Other Expenses: Arthur B. Levine Company | 4.15 | 4.15 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $      5,401.36
Remaining balance:                                        $     13,277.89

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $        13,277.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,556.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 2,485.00 | 0.00 | 1,197.37 |
| 3P | Illinois Department of Revenue | 17,053.61 | 0.00 | 8,217.09 |
| 4P | Illinois Department of Revenue | 8,018.11 | 0.00 | 3,863.43 |

Total to be paid for priority claims:   $        13,277.89
Remaining balance:   $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 522,837.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,116.37 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 4,031.22 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 2,630.07 | 0.00 | 0.00 |
| 5 | Resa Construction, Inc | 502,765.83 | 0.00 | 0.00 |
| 6 -2 | Portfolio Recovery Associates, LLC | 3,293.96 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $            0.00
Remaining balance:   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-05095-PSH
Shailesh Patel                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ccabrales        Page 1 of 2        Date Rcvd: Dec 21, 2015
                           Form ID: pdf006         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2015.
```
db              Shailesh Patel,   115 Azalea Cir,   Streamwood, IL  60107-1871
21536393        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX  79998-2235)
21536392        Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,
                Simi Valley, CA  93062-5170
21536394        Bank of America, N.A.,   450 American St,   Simi Valley, CA  93065-6285
21536395        Bmo Harris Bank,   PO Box 94034,   Palatine, IL  60094-4034
21536396        +Bmo Harris Bank Rosell,   106 E Irving Park Rd,   Roselle, IL 60172-2073
21536402        ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, NA,   Attn: Centralized Bankruptcy,   PO Box 20363,
                Kansas City, MO  64195-0363)
21536398        Chase,   PO Box 15298,   Wilmington, DE  19850-5298
21536399        Chase,   Attn: Bankruptcy Dept,   PO Box 15298,   Wilmington, DE  19850-5298
21536397        Chase,   Bank,   1 Card Serv,   Elgin, IL  60124
21536400        Chase - Cc,   PO Box 15298,   Wilmington, DE  19850-5298
21536401        Citi,   PO Box 6241,   Sioux Falls, SD  57117-6241
21536403        Comenity Bank/Harlem Furniture,   Attention: Bankruptcy,   PO Box 182686,
                Columbus, OH  43218-2686
21536404        Comenity Bank/Roomplce,   PO Box 182789,   Columbus, OH  43218-2789
21536407        +First USA Bank N A,   1001 Jefferson Plz,   Wilmington, DE  19801-1493
21536408        Fst USA Bk B / Chase,   PO Box 15298,   Wilmington, DE  19850-5298
21536415        Harris N.a.,   BMO Harris Bank - Bankruptcy Dept.-BRK-,   180RC 770 N Water St,
                Milwaukee, WI  53202
21536418        Hsbc/Office Max,   Attention: HSBC Retail Services,   PO Box 5264,
                Carol Stream, IL  60197-5264
21536417        Hsbc/bsbuy,   PO Box 30253,   Salt Lake City, UT  84130-0253
21536419        Hsbc/ofmax,   PO Box 30253,   Salt Lake City, UT  84130-0253
21536422        Lord&taylor,   PO Box 1628,   Maryland Heights, MO  63043-0628
21536390        Patel Shailesh,   115 Azalea Cir,   Streamwood, IL  60107-1871
21536424        Resa Construction, Inc,   c/o Fritzshall & Pawlowski,   6584 N Northwest Hwy,
                Chicago, IL  60631-1415
21536426        Sears/Cbna,   PO Box 6283,   Sioux Falls, SD  57117-6283
21536427        Sears/Cbsd,   PO Box 6189,   Sioux Falls, SD  57117-6189
21536428        State of Illinois - Dept of Revenue,   Collections,   PO Box 19035,
                Springfield, IL  62794-9035
21536430        TLC Management,   155 Revere Dr Ste 2,   Northbrook, IL  60062-1558
21536429        Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
21536431        Toyota Motor Credit,   111 W 22nd St,   Oakbrook, IL  60521
21536432        ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                Frederick, MD  21701-4747)
21536433        Yorkshire Plaza Partners, LLC,   236 E Northwest Hwy,   Palatine, IL  60067-8183
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21703742        E-mail/Text: mrdiscen@discover.com Dec 22 2015 01:26:32       Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21536405        E-mail/Text: mrdiscen@discover.com Dec 22 2015 01:26:32       Discover Fin Svcs LLC,
                PO Box 15316,   Wilmington, DE  19850-5316
21536409        E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:47       GECRB/JC Penny,
                Attention: Bankruptcy,   PO Box 103104,   Roswell, GA  30076-9104
21536412        E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:03       Gecrb/Sams Club,
                GECRB/Sams Club,   PO Box 103104,   Roswell, GA  30076-9104
21536413        E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:47       Gecrb/Sams Club,   PO Box 965005,
                Orlando, FL  32896-5005
21536414        E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:47       Gecrb/Sams Club DC,
                PO Box 965005,   Orlando, FL  32896-5005
21536410        E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:04       Gecrb/jcp,   PO Box 965007,
                Orlando, FL  32896-5007
21536411        E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:04       Gecrb/lord & Tay,   PO Box 965015,
                Orlando, FL  32896-5015
21536416        +E-mail/Text: bkynotice@harvardcollect.com Dec 22 2015 01:30:59       Harvard Collection,
                4839 N Elston Ave,   Chicago, IL  60630-2589
21536420        E-mail/Text: cio.bncmail@irs.gov Dec 22 2015 01:26:52       Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 21126,   Philadelphia, PA  19114-0326
21771463        E-mail/Text: rev.bankruptcy@illinois.gov Dec 22 2015 01:27:39
                Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
21536421        +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2015 01:26:42       Kohls/chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
22072538        E-mail/PDF: PRA_RK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2015 01:35:07
                Portfolio Recovery Associates, LLC,   successor to GE CAPITAL RETAIL BANK,   POB 41067,
                Norfolk VA 23541
```

```
District/off: 0752-1          User: ccabrales         Page 2 of 2           Date Rcvd: Dec 21, 2015
                             Form ID: pdf006          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
21536423          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2015 01:35:50
                  Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4962
21536425          E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 01:35:04      Sams Club / Gemb,
                  Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA  30076-9104
                                                                                           TOTAL: 15
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21536406*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Fia Csna,   PO Box 982235,    El Paso, TX  79998-2235)
21536391     ##The Law Offices of Erich G Monzon,   400 Central Ave Ste 210,   Northfield, IL  60093-3024
                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2015 at the address(es) listed below:
```
          Deborah  Kanner  Ebner   dkebner@debnertrustee.com,
          IL53@ecfcbis.com/webmaster@debnertrustee.com/DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
          ;admin.assistant@debnertrustee.com
          Deborah  Kanner  Ebner   on behalf of Trustee Deborah  Kanner  Ebner dkebner@debnertrustee.com,
          IL53@ecfcbis.com/webmaster@debnertrustee.com/DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
          ;admin.assistant@debnertrustee.com
          Erich G Monzon   on behalf of Debtor 1 Shailesh  Patel emonzon@gmail.com,
          G3343@notify.cincompass.com
          Meredith S Fox   on behalf of Creditor   Bank of America, N.A. bknotice@kluewerplatt.com
          Michael J Kalkowski   on behalf of Creditor   Carrington Mortgage Services, LLC
          mkalkowski@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 6
```