# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division DIVISION

In re: PATEL, SHAILESH § Case No. 14-05095HSP
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $337,480.50 | Assets Exempt: | $151,360.50 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $13,277.89 | Claims Discharged Without Payment: | $944,016.26 |
| Total Expenses of Administration: | $5,625.88 | | |

3) Total gross receipts of $18,903.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,903.77 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $306,280.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,625.88 | $5,625.88 | $5,625.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $126,692.58 | $27,556.72 | $27,556.72 | $13,277.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $860,299.55 | $522,837.45 | $522,837.45 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,293,272.13 | $556,020.05 | $556,020.05 | $18,903.77 |

4) This case was originally filed under chapter 7 on 02/18/2014. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2016         By: /s/ Deborah Ebner
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charter One Certificate of Deposit | 1129-000 | $12,351.77 |
| BANK ACCOUNTS - First Midwest | 1129-000 | $800.00 |
| 1/2 interest in 2004 Lexus RX330-V6 | 1229-000 | $2,196.00 |
| Harris Bank account | 1229-000 | $1,360.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $2,196.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,903.77** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | National Republic Bank | 4110-000 | $105,438.00 | NA | NA | NA |
| N/F | Bank of America | 4110-000 | $200,842.00 | NA | NA | NA |
| N/F | Bank of America, N.A. | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$306,280.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | NA | $2,640.38 | $2,640.38 | $2,640.38 |
| DEBORAH K. EBNER, Trustee | 2200-000 | NA | $126.48 | $126.48 | $126.48 |
| Deborah K. Ebner | 3110-000 | NA | $2,634.50 | $2,634.50 | $2,634.50 |
| Arthur B. Levine Company | 2300-000 | NA | $4.15 | $4.15 | $4.15 |
| Rabobank, N.A. | 2600-000 | NA | $220.37 | $220.37 | $220.37 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $0.00 | $5,625.88 | $5,625.88 | $5,625.88 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $90,000.00 | $2,485.00 | $2,485.00 | $1,197.37 |
| 3P | Illinois Department of Revenue | 5800-000 | $28,265.58 | $17,053.61 | $17,053.61 | $8,217.09 |
| 4P | Illinois Department of Revenue | 5800-000 | $0.00 | $8,018.11 | $8,018.11 | $3,863.43 |
| N/F | COOK RECORDER OF DEEDS | 5800-000 | $8,427.00 | NA | NA | NA |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $126,692.58 | $27,556.72 | $27,556.72 | $13,277.89 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $9,754.00 | $10,116.37 | $10,116.37 | $0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | $0.00 | $4,031.22 | $4,031.22 | $0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | $0.00 | $2,630.07 | $2,630.07 | $0.00 |
| 5 | Resa Construction, Inc | 7100-000 | $426,072.74 | $502,765.83 | $502,765.83 | $0.00 |
| 6 -2 | Portfolio Recovery Associates, LLC | 7100-000 | $3,294.00 | $3,293.96 | $3,293.96 | $0.00 |
| N/F | Chase - Cc | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | First USA Bank N A | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Comenity Bank/Harlem Furniture | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | GECRB/JC Penny | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank of America, N.A. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Citi | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Thd/Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Lord&taylor | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Kohls/chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Yorkshire Plaza Partners, LLC | 7100-000 | $150,421.50 | NA | NA | $0.00 |
| N/F | Harris N.a. BMO Harris Bank - Bankruptcy Dept.-BRK- | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | TLC Management | 7100-000 | $11,839.34 | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Fia Csna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Sams Club / Gemb | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | US Department of Treasury | 7100-000 | $258,917.97 | NA | NA | $0.00 |
| N/F | Hsbc/ofmax | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Sears/Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Kohls/chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Harris N.a. BMO Harris Bank - Bankruptcy Dept.-BRK- | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Hsbc/Office Max | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank of America, N.A. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Harris N.a. BMO Harris Bank - Bankruptcy Dept.-BRK- | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Fst USA Bk B / Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Toyota Motor Credit | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bmo Harris Bank Rosell | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Bmo Harris Bank | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Gecrb/Sams Club DC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Gecrb/lord & Tay | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Sears/Cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Hsbc/bsbuy | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bmo Harris Bank | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Portfolio Recovery Ass | 7100-000 | NA | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gecrb/Sams Club | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Gecrb/Sams Club GECRB/Sams Club | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Comenity Bank/Roomplce | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Gecrb/jcp | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Wells Fargo Hm Mortgag | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | COMED | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Harvard Collection | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Citibank Sd, NA | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase Bank | 7100-000 | NA | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$860,299.55** | **$522,837.45** | **$522,837.45** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

## Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| Case No.: | 14-05095HSP | Trustee Name: | (330480) Deborah Ebner |
| --- | --- | --- | --- |
| Case Name: | PATEL, SHAILESH | Date Filed (f) or Converted (c): | 02/18/2014 (f) |
| | | § 341(a) Meeting Date: | 03/19/2014 |
| For Period Ending: | 05/10/2016 | Claims Bar Date: | 06/20/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | AUTOMOBILES AND OTHER VEHICLES | 4,318.00 | 0.00 | | 2,196.00 | FA |
| 2 | 1/2 interest in 2004 Lexus RX330-V6 (u) | 5,747.00 | 0.00 | | 2,196.00 | FA |
| 3 | Harris Bank account (u) | 1,360.50 | 0.00 | | 1,360.00 | FA |
| 4 | BANK ACCOUNTS - First Midwest | 900.00 | 0.00 | | 800.00 | FA |
| 5 | 115 Azalea Cir, Streamwood, Primary Residence | 180,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Charter One Certificate of Deposit<br>Charter One Certificate of Deposit transferred to State of Illinois. Joint with Mukesh Patel | 11,304.93 | 12,351.77 | | 12,351.77 | FA |
| 8 | Household Goods and Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Motorola Solutions Restricted Stock<br>original value 9420.00 | 9,420.00 | 0.00 | | 0.00 | FA |
| 11 | Motorola 401K (u) | 144,860.50 | 0.00 | | 0.00 | FA |
| 12 | VOID - DUPLICATE ASSET ENTERED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Abandoned funds (DUPLICATE OF #7) | 0.00 | 1.00 | | 0.00 | FA |
| 13 | **Assets     Totals     (Excluding unknown values)** | **$361,110.93** | **$12,352.77** | | **$18,903.77** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 14-05095HSP | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** PATEL, SHAILESH | **Date Filed (f) or Converted (c):** 02/18/2014 (f) |
| | **§ 341(a) Meeting Date:** 03/19/2014 |
| **For Period Ending:** 05/10/2016 | **Claims Bar Date:** 06/20/2014 |

**Major Activities Affecting Case Closing:**

Trustee is collecting "abandoned funds" being held by the State of Illinois (Asset #7 on Form 1) that constitiute property of this estate. Partial receipt on June 19, 2015 balance expected forthwith.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2017 | **Current Projected Date Of Final Report (TFR):** 12/31/2017 |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-05095HSP | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | PATEL, SHAILESH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7865 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/10/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/12/2014 | | First Midwest Bank (see file and quick docs for check image) | Check does not contain a payer or address (see banking file and quikdocs for check image) | | 6,552.00 | | 6,552.00 |
| | {1} | | 1/2 interest $2,196.00 | 1129-000 | | | 6,552.00 |
| | {2} | | 1/2 interest $2,196.00 | 1229-000 | | | 6,552.00 |
| | {3} | | bank acct liquidation $1,360.00 | 1229-000 | | | 6,552.00 |
| | {4} | | bank acct liquidation. $800.00 | 1129-000 | | | 6,552.00 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,542.00 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,532.00 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,521.67 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,511.67 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-05095HSP | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | PATEL, SHAILESH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7865 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/10/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,501.67 |
| 10/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,491.67 |
| 11/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,481.67 |
| 12/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.56 | 6,471.11 |
| 01/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,461.11 |
| 02/11/2015 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #14-05095, Bond # 10BSBGR6291 | 2300-000 |  | 4.15 | 6,456.96 |
| 02/27/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,446.96 |
| 03/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,436.96 |
| 04/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,426.96 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 6,416.96 |
| 06/22/2015 | {7} | Leslie Geissler Munger, Comptroller | Receipt of Debtor's interest in abandoned funds (Reference #7) | 1129-000 | 165.43 |  | 6,582.39 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-05095HSP | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | PATEL, SHAILESH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7865 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/10/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,572.39 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,562.39 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,552.39 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,542.34 |
| 10/05/2015 | {7} | State of Illinois Treasurer | Receipt of Debtor's interest in abandoned funds (Reference#7) | 1129-000 | 12,186.34 | | 18,728.68 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.43 | 18,705.25 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.00 | 18,679.25 |
| 01/19/2016 | 102 | Deborah K. Ebner | Dividend paid 100.00% on $2,634.50 \| Claim # ADMIN \| Filed: $2,634.50 | 3110-000 | | 2,634.50 | 16,044.75 |
| 01/19/2016 | 103 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $2,640.38 \| Claim # FEE \| Filed: $2,640.38 | 2100-000 | | 2,640.38 | 13,404.37 |
| 01/19/2016 | 104 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $126.48 \| Claim # TE \| Filed: $126.48 | 2200-000 | | 126.48 | 13,277.89 |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)                                                                    ! - transaction has not been cleared

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-05095HSP | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | PATEL, SHAILESH | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7865 | | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/10/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/19/2016 | 105 | Internal Revenue Service | Dividend paid 48.18% on $2,485.00 \| Claim # 2 \| Filed: $2,485.00 Stopped on 04/21/2016 | 5800-000 | | 1,197.37 | 12,080.52 |
| 01/19/2016 | 106 | Illinois Department of Revenue | Dividend paid 48.18% on $17,053.61 \| Claim # 3P \| Filed: $17,053.61 | 5800-000 | | 8,217.09 | 3,863.43 |
| 01/19/2016 | 107 | Illinois Department of Revenue | Dividend paid 48.18% on $8,018.11 \| Claim # 4P \| Filed: $8,018.11 | 5800-000 | | 3,863.43 | 0.00 |
| 04/21/2016 | 105 | Internal Revenue Service | Dividend paid 48.18% on $2,485.00 \| Claim # 2 \| Filed: $2,485.00 Stopped: check issued on 01/19/2016 | 5800-000 | | -1,197.37 | 1,197.37 |
| 04/26/2016 | 108 | Internal Revenue Service | | 5800-000 | | 1,197.37 | 0.00 |
| | | **COLUMN TOTALS** | | | 18,903.77 | 18,903.77 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,903.77 | 18,903.77 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,903.77** | **$18,903.77** | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                                  ! - transaction has not been cleared

|  | Exhibit 9 |
|---|---|
| **Form 2** | Page: 7 |

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-05095HSP | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | PATEL, SHAILESH | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7865 | **Account #:** | ******6266 Checking Account |
| **For Period Ending:** | 05/10/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6266 Checking Account | $18,903.77 | $18,903.77 | $0.00 |
| | **$18,903.77** | **$18,903.77** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)